UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

21-1088

UNITED STATES OF AMERICA )

Mag. No. 9453831

Misdemeanor Class A VIOLATION

v.

Nathan S. Dougherty )

Offense on a Federal Reservation

Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day Adam Baker, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 1st day of January, 2021, at Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey, in the District of New Jersey, Nathan S. Dougherty, did at approximately 23:09 hours, at:

Lot Foxtrot

Knowingly possess a Weapon, to wit: Handgun

in violation of 36 CFR 2.4(a)(1).

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

ADAM BAKER
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

3/31/21
DATE

HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

3/31/21 NK 7/14/21